Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiffs
MERVYN L. DE AMARAL
JODY LIN DE AMARAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MERVYN L. DE AMARAL and JODY LIN DE AMARAL,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GOLDSMITH & HULL, A PROFESSIONAL CORPORATION, a California corporation; and ERIC SCOTT MINTZ, individually and in his official capacity,<br><br>                    Defendants. | Case No. 3:12-CV-03580-WHO<br><br>**STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE AND [PROPOSED] ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2]<br><br>Proposed Hearing Date:   January 15, 2014<br>Proposed Hearing Time:   2:00 p.m. |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On September 27, 2012, Plaintiffs filed their <u>First Amended Complaint</u> (Doc. 18) in this case alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq*.

2. On February 27, 2013, Defendants filed their <u>Answer to First Amended Complaint</u> (Doc. 46).

3. Thereafter, on August 26, 2013, the Court entered a <u>Civil Pretrial Order for Jury Trial</u> (Doc. 64) in this case which set October 31, 2013, as the discovery cutoff, and January 15, 2014, as the last date on which dispositive motions would be heard.

4. The parties have completed their discovery in this case and, in light of the forthcoming Holiday Season, propose the following briefing schedule for the Court's consideration and approval:

    a. All dispositive motions shall be filed by November 20, 2013;

    b. All oppositions shall be filed by December 11, 2013;

    c. All replies shall be filed by December 18, 2013;

    d. All dispositive motions shall be heard on January 15, 2014, at 2:00 p.m. in Courtroom 2, 17th Floor.

5. The parties have not previously submitted a proposed briefing schedule in this case.

6. The proposed briefing schedule will have no effect on the January 15, 2014, hearing date previously set by the Court.

oo0oo

- 2 -

STIPULATION AND ORDER    Case No. 3:12-CV-03580-WHO

1  IT IS SO STIPULATED.

2                                           CONSUMER LAW CENTER, INC.

4  Dated: October 22, 2013                  By: /s/ Fred W. Schwinn
5                                               Fred W. Schwinn, Esq.
                                                Attorney for Plaintiffs
6                                               MERVYN L. DE AMARAL
                                                JODY LIN DE AMARAL

9                                           GOLDSMITH & HULL, APC

11 Dated: October 22, 2013                  By: /s/ Jack D. Hull
                                                Jack D. Hull, Esq.
12                                              Attorney for Defendants
                                                GOLDSMITH & HULL, APC
13                                              ERIC SCOTT MINTZ

16     PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 Dated: October 28, 2013                  _____
                                            The Honorable William H. Orrick
19                                          United States District Judge

- 3 -

STIPULATION AND ORDER                       Case No. 3:12-CV-03580-WHO