Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiffs
MERVYN L. DE AMARAL
JODY LIN DE AMARAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MERVYN L. DE AMARAL and JODY LIN DE AMARAL,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOLDSMITH & HULL, A PROFESSIONAL CORPORATION, a California corporation; and ERIC SCOTT MINTZ, individually and in his official capacity,<br><br>              Defendants. | Case No. 3:12-CV-03580-WHO<br><br>**STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE AND [PROPOSED] ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2]<br><br>Proposed Hearing Date:     January 15, 2014<br>Proposed Hearing Time:     2:00 p.m. |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

  1.    On September 27, 2012, Plaintiffs filed their <u>First Amended Complaint</u> (Doc. 18) in this case alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq*.

  2.    On February 27, 2013, Defendants filed their <u>Answer to First Amended Complaint</u> (Doc. 46).

  3.    Thereafter, on August 26, 2013, the Court entered a <u>Civil Pretrial Order for Jury Trial</u> (Doc. 64) in this case which set October 31, 2013, as the discovery cutoff, and January 15, 2014, as the last date on which dispositive motions would be heard.

- 1 -

STIPULATION AND ORDER                                                                 Case No. 3:12-CV-03580-WHO

4. The parties have completed their discovery in this case and, in light of the forthcoming Holiday Season, propose the following briefing schedule for the Court's consideration and approval:

    a. All dispositive motions shall be filed by November 20, 2013;

    b. All oppositions shall be filed by December 11, 2013;

    c. All replies shall be filed by December 18, 2013;

    d. All dispositive motions shall be heard on January 15, 2014, at 2:00 p.m. in Courtroom 2, 17th Floor.

5. The parties have not previously submitted a proposed briefing schedule in this case.

6. The proposed briefing schedule will have no effect on the January 15, 2014, hearing date previously set by the Court.

oo0oo

1     IT IS SO STIPULATED.

2                         CONSUMER LAW CENTER, INC.

4  Dated: October 22, 2013        By: /s/ Fred W. Schwinn
                                      Fred W. Schwinn, Esq.
                                      Attorney for Plaintiffs
                                      MERVYN L. DE AMARAL
                                      JODY LIN DE AMARAL

                            GOLDSMITH & HULL, APC

Dated: October 22, 2013        By: /s/ Jack D. Hull
                                        Jack D. Hull, Esq.
                                      Attorney for Defendants
                                      GOLDSMITH & HULL, APC
                                      ERIC SCOTT MINTZ

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 28, 2013                    [signature]
                                      The Honorable William H. Orrick
                                      United States District Judge